UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FIRSTENERGY SOLUTIONS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-50757<br>(Jointly Administered)<br><br>Hon. Judge Alan M. Koschik |
| FIRSTENERGY SOLUTIONS CORP., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | Adversary Proceeding No. 18-05021 |

**FIRSTENERGY SOLUTIONS CORP. AND FIRSTENERGY GENERATION, LLC's
WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING**

FirstEnergy Solutions Corp. ("FES") and FirstEnergy Generation, LLC ("FG" and together with FES, "Plaintiffs"), debtors in the above-captioned chapter 11 cases (together with their affiliated debtors, the "Debtors"), pursuant to the Court's *Preliminary Injunction Hearing Scheduling Order*, Doc. No. 99, identify the following witnesses whom they intend to call at the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

evidentiary hearing on *Plaintiffs' Motion for Preliminary Injunction* (Doc. No. 3) scheduled for May 11, 2018:

1. Kevin T. Warvell, Vice President, Chief Financial Officer, Treasurer, and Corporate Secretary of FES; and

2. Judah L. Rose, Executive Director of ICF International.

Plaintiffs reserve the right to call witnesses on rebuttal who are not identified herein. Plaintiffs further reserve the right to identify additional witnesses as a result of information obtained during ongoing discovery and in response to witness lists submitted by the other parties.

The Court is advised that Plaintiffs' counsel previously identified these witnesses to counsel for the other parties in the adversary proceeding.

Dated: May 4, 2018

Respectfully submitted,

/s/ John C. Fairweather
**BROUSE MCDOWELL LPA**
Marc B. Merklin (0018195)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
Kate M. Bradley (0074206)
388 South Main Street, Suite 500
Akron, OH 44311-4407
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jfairweather@brouse.com
ldelgrosso@brouse.com
kbradley@brouse.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira Dizengoff (admitted *pro hac vice*)
David Zensky (admitted *pro hac vice*)
Lisa Beckerman (admitted *pro hac vice*)
Brian Carney (admitted *pro hac vice*)
Brad Kahn (admitted *pro hac vice*)

One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
dzensky@akingump.com
lbeckerman@akingump.com
bcarney@akingump.com
bkahn@akingump.com

- and -

Scott Alberino (admitted *pro hac vice*)
David Applebaum (admitted *pro hac vice*)
Todd Brecher (admitted *pro hac vice*)
Kate Doorley (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
salberino@akingump.com
dapplebaum@akingump.com
tbrecher@akingump.com
kdoorley@akingump.com

*Counsel for Debtors
and Debtors in Possession*

# CERTIFICATE OF SERVICE

I, John C. Fairweather, hereby certify that on May 4, 2018, a true and correct copy of the foregoing was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Todd A. Atkinson on behalf of Intervenor-Defendant Krayn Wind LLC
tatkinson@ulmer.com, 4442920420@filings.docketbird.com

Richard A. Baumgart on behalf of Intervenor-Defendant Ohio Valley Electric Corporation
rbaumgart@dsb-law.com

Maria Carr on behalf of Creditor Wilmington Savings Fund Society, FSB
mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

George A. Davis on behalf of Interested Party Ad Hoc Group of Holders of the 6.85% Pass Through Certificates due 2034
george.davis@lw.com

Daniel A. DeMarco on behalf of Intervenor-Plaintiff Official Committee Of Unsecured Creditors
dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Rocco I. Debitetto on behalf of Intervenor-Plaintiff Official Committee Of Unsecured Creditors
ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com

Michael Esser on behalf of Intervenor-Defendant Ohio Valley Electric Corporation
michael.esser@kirkland.com, adrienne-levin-5018@ecf.pacerpro.com

Eric R. Goodman on behalf of Creditor Ad Hoc Noteholder Group
egoodman@bakerlaw.com

Michael J. Kaczka on behalf of Creditor Wilmington Savings Fund Society, FSB
mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Marc Kieselstein on behalf of Intervenor-Defendant Ohio Valley Electric Corporation
marc.kieselstein@kirkland.com,
david.seligman@kirkland.com;ciara.foster@kirkland.com;matthew.fagen@kirkland.com;nacif.taousse@kirkland.com

Michael D. Langford on behalf of Creditor Wilmington Savings Fund Society, FSB
mlangford@kilpatricktownsend.com,
sagreen@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com

Mark McKane on behalf of Intervenor-Defendant Ohio Valley Electric Corporation
Mark.Mckane@kirkland.com, adrienne-levin-5018@ecf.pacerpro.com

Todd C. Meyers on behalf of Creditor Wilmington Savings Fund Society, FSB
tmeyers@kilpatricktownsend.com,
sagreen@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com

Scott N. Opincar on behalf of Creditor Wilmington Savings Fund Society, FSB
sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Lawrence E. Oscar on behalf of Intervenor-Plaintiff Official Committee Of Unsecured Creditors
leoscar@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Andrew Parlen on behalf of Interested Party Ad Hoc Group of Holders of the 6.85% Pass Through Certificates due 2034
aparlen@omm.com

Danielle Pham on behalf of Defendant Federal Energy Regulatory Commission
danielle.pham@usdoj.gov

Adam Ravin on behalf of Interested Party Ad Hoc Group of Holders of the 6.85% Pass Through Certificates due 2034
adam.ravin@lw.com

Marc Sacks on behalf of Defendant Federal Energy Regulatory Commission
marcus.s.sacks@usdoj.gov

Christopher B. Wick on behalf of Intervenor-Plaintiff Official Committee Of Unsecured Creditors
cwick@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Risa Lynn Wolf on behalf of Interested Party Allegheny Ridge Wind Farm, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

                                              */s/ John C. Fairweather*
                                              John C. Fairweather (0018216)
                                              BROUSE McDOWELL LPA
                                              388 South Main Street, Suite 500
                                              Akron, Ohio 44311-4407
                                              Telephone: (330) 535-5711
                                              jfairweather@brouse.com