This document was signed electronically on June 13, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: June 13, 2018



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>FIRSTENERGY SOLUTIONS CORP., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 18-50757<br><br>(Jointly Administered)<br><br>Hon. Alan M. Koschik |
| FIRSTENERGY SOLUTIONS CORP.,<br>FIRSTENERGY GENERATION, LLC,<br><br>Plaintiffs,<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PASS-THROUGH CERTIFICATEHOLDERS, and AD HOC NOTEHOLDER GROUP,<br><br>Plaintiff-Intervenors,<br>v.<br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant,<br><br>OHIO VALLEY ELECTRIC CORP., and KRAYN WIND LLC,<br><br>Defendant-Intervenors. | Adversary Proceeding No. 18-05021 |

# ORDER GRANTING OHIO VALLEY ELECTRIC CORPORATION'S MOTION TO CERTIFY PRELIMINARY INJUNCTION ORDER FOR DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

Upon the *Ohio Valley Electric Corporation's Motion to Certify Preliminary Injunction Order for Direct Appeal to the United States Court of Appeals for the Sixth Circuit* (the "Motion")[1] of the Ohio Valley Electric Corporation ("OVEC") seeking entry of an order (this "Order") to certify the *Preliminary Injunction Against the Federal Energy Regulatory Commission* [Adv. Proc. Docket No. 114] (the "Preliminary Injunction") and accompanying *Memorandum Decision Supporting Order Granting Preliminary Injunction* [Adv. Proc. Docket No. 125] (the "Memorandum," and together with the Preliminary Injunction, the "Preliminary Injunction Order") for direct appeal to the United States Court of Appeals for the Sixth Circuit (the "Sixth Circuit") in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to 28 U.S.C. § 158(d)(2) and Federal Rule of Bankruptcy Procedure 8006, and it appearing that good cause exists for the granting of such Motion, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Preliminary Injunction Order must be certified for direct appeal to the Sixth Circuit under 28 U.S.C. § 158(d)(2)(B)(ii) as a majority of appellants and a majority of appellees request such certification and because a direct appeal will materially advance the progress of the Adversary Proceeding and the overall bankruptcy case.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

3. While the Motion asserts that there are additional grounds on which direct appeal may be certified, it is sufficient for purposes of this Order that a majority of appellants and a majority of appellees agree that 28 U.S.C. § 158(d)(2)(A)(iii) is satisfied.

# # #

**Order Submitted by:**

*/s/ Mark McKane*
Mark McKane, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
555 California Street
San Francisco, California 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500
Email:   mark.mckane@kirkland.com

*Counsel to Ohio Valley Electric Corporation*

18-05021-amk    Doc 146    FILED 06/13/18    ENTERED 06/13/18 13:00:02    Page 3 of 3