

**18-5021 FES v FERC - Direct Appeal to 6th Circuit**

Brenda Heminger    to: CA06-TEAM2, Renee Jefferies                06/13/2018 02:39 PM
Cc:  Marie Randolph

Attached are copies of Judge Koschik's Order for Direct Appeal to the U.S. Court of Appeals for the 6th Circuit as
well as the correlating Orders for Preliminary Injunction and Memorandum Decision.

                    

18-5021 Certification Order.pdf  18-5021 Memorandum Decision.pdf  18-5021 Preliminary Injunction.pdf

If you have any questions or need anything further, please contact me.

Thank you,

Brenda L. Heminger
Akron Case Administrator

United States Bankruptcy Court
John F. Seiberling Federal Building
2 S. Main St. #455
Akron, OH 44308
Brenda_Heminger@ohnb.uscourts.gov

Direct: (330) 252-6129
Main: (330) 252-6100