**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>FIRSTENERGY SOLUTIONS CORP., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-50757<br><br>(Jointly Administered)<br><br>Hon. Alan M. Koschik |
| FIRSTENERGY SOLUTIONS CORP.,<br>FIRSTENERGY GENERATION, LLC,<br><br>Plaintiffs,<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PASS-THROUGH CERTIFICATEHOLDERS, and AD HOC NOTEHOLDER GROUP,<br><br>Plaintiff-Intervenors,<br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant,<br><br>OHIO VALLEY ELECTRIC CORP., and KRAYN WIND LLC,<br><br>Defendant-Intervenors. | Adversary Proceeding No. 18-05021 |

**OHIO VALLEY ELECTRIC CORPORATION'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE MAY 11, 2018 PRELIMINARY INJUNCTION ORDER**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FE Aircraft Leasing Corp. (9245), case no. 18-50759; FirstEnergy Generation, LLC (0561), case no. 18-50762; FirstEnergy Generation Mansfield Unit 1 Corp. (5914), case no. 18-50763; FirstEnergy Nuclear Generation, LLC (6394), case no. 18-50760; FirstEnergy Nuclear Operating Company (1483), case no. 18-50761; FirstEnergy Solutions Corp. (0186); and Norton Energy Storage L.L.C. (6928), case no. 18-50764. The Debtors' address is: 341 White Pond Dr., Akron, OH 44320.

Ohio Valley Electric Corporation ("OVEC" or "Appellant") hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure the following statement of issues and designation of the items to be included in the record in connection with Appellant's appeal from the *Preliminary Injunction Against the Federal Energy Regulatory Commission* [Adv. Proc. Docket No. 114] (the "Preliminary Injunction") entered on May 11, 2018 by the United States Bankruptcy Court for the Northern District of Ohio (the "Bankruptcy Court").

## STATEMENT OF ISSUES ON APPEAL

1. Does FERC's public interest review of a FERC-jurisdictional wholesale power agreement constitute "an action or proceeding by a governmental unit . . . to enforce such governmental unit's . . . regulatory power," 11 U.S.C. § 362(b)(4), such that the FERC review process is excepted from the Bankruptcy Code's automatic stay provision, 11 U.S.C. § 362(a)?

2. Does either 11 U.S.C. § 362(a) or § 105(a) give a bankruptcy court the power to enjoin FERC from conducting its statutorily mandated public interest review of the rejection of FERC-regulated wholesale power agreements?

3. Does 11 U.S.C. § 365(a)—the Bankruptcy Code's provision governing the rejection of executory contracts—authorize Debtors to stop performing on a FERC-regulated wholesale power agreement before FERC has reviewed and approved of Debtors' unilateral decision to modify the terms of that agreement?

4. Does FERC have exclusive jurisdiction over the public interest review of modifications to FERC-regulated power purchase agreements?

5. If the bankruptcy court has jurisdiction over the rejection of FERC-regulated wholesale power agreements, to what extent and under what standard are the Debtors authorized to reject the wholesale power agreements at issue without seeking approval from FERC?

1

## DESIGNATION OF RECORD ON APPEAL

Appellant hereby designates the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

|     | Item | Filing/Entry Date | Docket No.[2] |
| --- | --- | --- | --- |
| 1. | Transmittal of Certification Order for Direct Appeal to the United States Court of Appeals for the Sixth Circuit | June 13, 2018 | 147 |
| 2. | Order Granting Ohio Valley Electric Corporation's Motion to Certify Preliminary Injunction Order for Direct Appeal to the United States Court of Appeals for the Sixth Circuit | June 13, 2018 | 146 |
| 3. | FERC's Joinder of Motion to Certify Preliminary Injunction Order for Direct Appeal to the United States Court of Appeals for the Sixth Circuit | June 7, 2018 | 142 |
| 4. | Clerk's Transmission of FERC's Notice of Appeal to the District or BAP Clerk | June 1, 2018 | 139 |
| 5. | FERC's Notice of Appeal and Statement of Election | June 1, 2018 | 136 |
| 6. | Krayn Wind, LLC' Transmission of Notice of Appeal to the District or BAP Clerk | June 1, 2018 | 135 |
| 7. | Joinder of Krayn Wind LLC in and to Motion of Ohio Valley Electric Corporation to Appeal the Preliminary Injunction Order as of Right, or in the Alternative, Requesting Leave | May 31, 2018 | 134 |
| 8. | Joinder of Krayn Wind LLC in and to Motion of Ohio Valley Electric Corporation to Certify Preliminary Injunction Order to the United States Court of Appeals for the Sixth Circuit Under 28 U.S.C. § 158(d)(2) | May 31, 2018 | 133 |
| 9. | Notice of Appeal and Statement of Election by Krayn Wind LLC of Preliminary Injunction Order | May 31, 2018 | 132 |
| 10. | Ohio Valley Electric Corporation's Motion To Appeal The Preliminary Injunction Order As of Right, Or In The Alternative, Requesting Leave | May 31, 2018 | 131 |

---

[2] Unless otherwise indicated, all reference herein to "Docket No." shall be to the docket maintained for the above-captioned adversary proceeding.

| | Item | Filing/Entry Date | Docket No.[2] |
|---|---|---|---|
| 11. | Ohio Valley Electric Corporation's Motion To Certify Preliminary Injunction Order For Direct Appeal To The United States Court of Appeals For The Sixth Circuit | May 31, 2018 | 129 |
| 12. | Clerk's Transmission of Ohio Valley Electric Corporation's Notice of Appeal to the District of BAP Clerk | May 31, 2018 | 128 |
| 13. | Ohio Valley Electric Corporation's Notice of Appeal and Statement of Election | May 31, 2018 | 127 |
| 14. | Memorandum Decision Supporting Order Granting Preliminary Injunction | May 18, 2018 | 125 |
| 15. | Preliminary Injunction Against the Federal Energy Regulatory Commission | May 11, 2018 | 114 |
| 16. | Stipulation of Uncontested Facts | May 10, 2018 | 112 |
| 17. | Official Committee of Unsecured Creditors' Reply Memorandum of Law in Support of Motion for Preliminary Injunction | May 7, 2018 | 110 |
| 18. | Reply in Further Support of the Motion of FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC for a Preliminary Injunction Against the Federal Energy Regulatory Commission | May 7, 2018 | 109 |
| 19. | Amicus Brief of Certain Sponsoring Companies in Opposition to Plaintiffs' Motion for a Preliminary Injunction Against the Federal Energy Regulatory Commission | May 7, 2018 | 107 |
| 20. | Order Granting Motion of Certain Sponsoring Companies to File an Amicus Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction Against the Federal Energy Regulatory Commission | May 4, 2018 | 106 |
| 21. | Order Granting Pass-Through Certificateholders' and Ad Hoc Noteholder Group's Joint Motion to Intervene in Adversary Proceeding No. 18-05021 | May 3, 2018 | 98 |
| 22. | FERC's Joinder of Motion for Abstention or, in the Alternative, Referral Under the Doctrine of Primary Jurisdiction | May 2, 2018 | 95 |
| 23. | FERC's Objection to Joint Motion of the Pass-Through Certificateholders and the Ad Hoc Noteholder Group to Intervene in Adversary Proceeding No. 18-05021 | May 2, 2018 | 94 |
| 24. | Ohio Valley Electric Corporation's Opposition to Joint Motion of the Pass-Through Certificateholders and the Ad Hoc Noteholder Group to Intervene in Adversary Proceeding No. 18-05021 | May 2, 2018 | 93 |

| | **Item** | **Filing/Entry Date** | **Docket No.[2]** |
|---|---|---|---|
| 25. | Ohio Valley Electric Corporation's Motion for Abstention or, in the Alternative, Referral Under the Doctrine of Primary Jurisdiction | May 1, 2018 | 91 |
| 26. | Appendix of Exhibits in Support of Objection and Memorandum of Law of Krayn Wind LLC in Opposition to Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Injunction Against Federal Energy Regulatory Commission | Apr. 30, 2018 | 87 |
| 27. | Objection and Memorandum of Law of Krayn Wind LLC in Opposition to Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Injunction Against Federal Energy Regulatory Commission | Apr. 30, 2018 | 86 |
| 28. | Defendant Federal Energy Regulatory Commission's Opposition to the Plaintiffs' Motion for a Preliminary Injunction | Apr. 30, 2018 | 85 |
| 29. | Ohio Valley Electric Corporation's Opposition to Preliminary Injunction Motion; Declaration of Justin J. Cooper in Support of Ohio Valley Electric Corporation's Opposition to Preliminary Injunction Motion; Declaration of Mark McKane, P.C. in Support of Ohio Valley Electric Corporation's Opposition to Preliminary Injunction Motion | Apr. 30, 2018 | 84, 84-1, 84-2 |
| 30. | Motion of Certain Sponsoring Companies to File an Amicus Brief in Opposition to Plaintiffs' Motion for a Preliminary Injunction Against the Federal Energy Regulatory Commission | Apr. 30, 2018 | 81 |
| 31. | Declaration of Gary Svirsky in Support of Joint Motion of the Pass-Through Certificateholders and the Ad Hoc Noteholder Group to Intervene in Adversary Proceeding No. 18-05021 | Apr. 27, 2018 | 78 |
| 32. | Joint Motion of the Pass-Through Certificateholders and the Ad Hoc Noteholder Group to Intervene in Adversary Proceeding No. 18-05021 | Apr. 27, 2018 | 77 |
| 33. | Agreed Order Granting Application of Krayn Wind LLC to Intervene in Adversary Proceeding No. 18-05021 | Apr. 26, 2018 | 73 |
| 34. | Order Granting Motion of Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding | Apr. 25, 2018 | 69 |
| 35. | Order Granting Motion of Official Committee of Unsecured Creditors for Expedited Consideration of Motion to Intervene in Adversary Proceeding | Apr. 25, 2018 | 68 |
| 36. | Motion of Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding | Apr. 24, 2018 | 63 |

| | **Item** | **Filing/Entry Date** | **Docket No.[2]** |
|---|---|---|---|
| 37. | Agreed Order Granting Ohio Valley Electric Corporation's Motion to Intervene in Adversary Proceeding No. 18-05021 | Apr. 16, 2018 | 53 |
| 38. | Amended Temporary Restraining Order Against Federal Energy Regulatory Commission | Apr. 16, 2018 | 52 |
| 39. | Ohio Valley Electric Corporation's Motion to Intervene in Adversary Proceeding No. 18-05021 | Apr. 3, 2018 | 16 |
| 40. | Ex Parte Temporary Restraining Order Against Federal Energy Regulatory Commission | Apr. 2, 2018 | 11 |
| 41. | Declaration of David M. Zensky in Support of the Motion of FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC for Preliminary and Permanent Injunction and Ex Parte Temporary Restraining Order Against the Federal Energy Regulatory Commission | Apr. 1, 2018 | 8 |
| 42. | Declaration of Kevin T. Warvell In Support Of: (1) The Motion of FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC For Preliminary And Permanent Injunction And Ex Parte Temporary Restraining Order Against The Federal Energy Regulatory Commission; And (2) The Motion For Entry of An Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC To Reject Certain Energy Contracts; And (3) The Motion For Entry of An Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC To Reject A Certain Multi-Party Intercompany Power Purchase Agreement With The Ohio Valley Electric Corporation | Apr. 1, 2018 | 7, 47* |
| 43. | Expert Declaration of Judah L. Rose In Support Of: (1) The Motion of FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC For Preliminary And Permanent Injunction And Ex Parte Temporary Restraining Order Against The Federal Energy Regulatory Commission; And (2) The Motion For Entry of An Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC To Reject Certain Energy Contracts; And (3) The Motion For Entry of An Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC To Reject A Certain Multi-Party Intercompany Power Purchase Agreement With The Ohio Valley Electric Corporation | Apr. 1, 2018 | 6, 46* |

| | Item | Filing/Entry Date | Docket No.[2] |
|---|---|---|---|
| 44. | Expert Declaration of David Gerhardt In Support Of: (1) The Motion of FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC For Preliminary And Permanent Injunction And Ex Parte Temporary Restraining Order Against The Federal Energy Regulatory Commission; And (2) The Motion For Entry of An Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC To Reject Certain Energy Contracts; And (3) The Motion For Entry of An Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC To Reject A Certain Multi-Party Intercompany Power Purchase Agreement With The Ohio Valley Electric Corporation | Apr. 1, 2018 | 5, 48* |
| 45. | Memorandum of Law in Support of the Motion of FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC for Ex Parte Temporary Restraining Order and Preliminary Injunction Against the Federal Energy Regulatory Commission | Apr. 1, 2018 | 4 |
| 46. | Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction Against Federal Energy Regulatory Commission | Apr. 1, 2018 | 3 |
| 47. | Complaint For Declaratory Judgment, Preliminary And Permanent Injunction Against The Federal Energy Regulatory Commission | Apr. 1, 2018 | 1 |
| 48. | Voluntary Petition for Non-Individuals Filing for Bankruptcy filed by FirstEnergy Solutions Corp. | Mar. 31, 2018 | 1* |
| 49. | Motion For Entry of an Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC to Reject a Certain Multi-Party Intercompany Power Purchase Agreement with the Ohio Valley Electric Corporation as of the Petition Date | Apr. 1, 2018 | 44* |
| 50. | Motion For Entry of an Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC to Reject Certain Energy Contracts as of the Petition Date | Apr. 1, 2018 | 45* |
| 51. | Ohio Valley Electric Corporation's Motion to Withdraw Reference of the Motion For Entry of an Order Authorizing FirstEnergy Solutions Corp. And FirstEnergy Generation, LLC to Reject a Certain Multi-Party Intercompany Power Purchase Agreement with the Ohio Valley Electric Corporation as of the Effective Date | Apr. 2, 2018 | 116* |

| | Item | Filing/Entry Date | Docket No.[2] |
|---|---|---|---|
| 52. | Duke Energy Ohio, Inc.'s Objection to Motion for Entry of an Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC to Reject a Certain Multi-Party Intercompany Power Agreement with the Ohio Valley Electric Corporation as of the Petition Date | May 31, 2018 | 649* |
| 53. | Ohio Valley Electric Corporation's Opposition to Motion for Entry of an Order Authorizing FirstEnergy Solutions Corp. And FirstEnergy Generation, LLC to Reject a Certain Multi-Party Intercompany Power Purchase Agreement With The Ohio Valley Electric Corporation as of the Petition Date | May 31, 2018 | 652* |
| 54. | Objection to and Reservation of Rights of Krayn Wind LLC to Motion for Entry of an Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC to Reject Certain Energy Contracts as of the Petition Date | May 31, 2018 | 653* |
| | **Hearing Transcript** | **Entry Date** | **Docket No.[3]** |
| 55. | Transcript of the Hearing Held on April 2, 2018 | Apr. 3, 2018 | 13, 15 |
| 56. | Transcript of the Hearing Held on April 9, 2018 | Apr. 12, 2018, Apr. 13, 2018 | 37, 39 |
| 57. | Transcript of the Hearing Held on April 10, 2018 | Apr. 13, 2018 | 40, 41 |
| 58. | Transcript of the Hearing Held on April 24, 2018 | Apr. 26, 2018 | 72 |
| 59. | Transcript of the Hearing Held on May 3, 2018 | May 4, 2018 | 101 |
| 60. | Transcript of the Hearing Held on May 11, 2018 | May 15, 2018 | 118 |
| 61. | Transcript of the Hearing Held on May 14, 2018 | May 16, 2018 | 119 |
| 62. | Transcript of the Hearing Held on June 8, 2018 | June 11, 2018 | 144 |

---

[3] Unless otherwise indicated, all reference herein to "Docket No." shall be to the docket maintained for the above-captioned adversary proceeding.

| | **Joint Exhibit** | **Date** | **Exhibit No.**[4] |
|---|---|---|---|
| 63. | Amended and Restated Inter-Company Power Agreement, dated as of September 10, 2010 | Sept. 10, 2010 | D1 |
| 64. | FERC Letter to OVEC, Docket Nos. ER11-3181-000, ER11-3440-000, ER11-3441-000 | May 23, 2011 | D2 |
| 65. | FE Utilities Assignment and Assumption Agreement | Feb. 28, 2014 | D3 |
| 66. | FEG Assignment and Assumption Agreement | Feb. 28, 2014 | D4 |
| 67. | FirstEnergy Corporation 8-K | March 16, 2018 | D5 |
| 68. | Market-Based Rate Authorization Letter Order from FERC to Krayn Wind LLC | Oct. 27, 2008 | D8 |
| 69. | *Cal. Electricity Oversight Bd. Et al. v. Calpine Energy Serv. Et al.*, 114 F.E.R.C. P61,003 (2006) | Jan. 3, 2006 | P-A |
| 70. | Memo RE: Ohio Valley Electric Corporation Strategic Planning Group – Preliminary Options dated December 8, 2016 | Dec. 8, 2016 | P-B (Sealed) |
| 71. | Email from Brian Chisling to employees of FirstEnergy Solutions Corp., AES Corporation; AEP Energy; Ohio's Electric Cooperatives; Thompson Hine LLP; Duke Energy; LG&E and KU; Vectren; and Wolverine Power Supply Cooperative, Inc., copying employees of Simpson Thacher & Bartlett LLP and Ohio Valley Electric Corporation, RE: "*EXTERNAL* OVEC Strategic Planning Group --- Meeting Jan 18th in Columbus", with attachment "Strategic Planning Group List_v2.docx" dated December 20, 2016 | Dec. 20, 2016 | P-C (Sealed) |
| 72. | OVEC Finance – SPG Presentation dated January 18, 2017 | Jan. 18, 2017 | P-D (Sealed) |
| 73. | Guggenheim Securities Presentation RE: Strategic Planning Group Discussion Materials dated February 2017 | Feb., 2017 | P-E (Sealed) |
| 74. | Draft Term Sheet for the Ohio Valley Electric Corporation Step-up Provision dated February 6, 2017 | Feb. 6, 2017 | P-F (Sealed) |

---

[4] All reference herein to "Exhibit No." shall be to the exhibits admitted into evidence at the May 11, 2018 Preliminary Injunction hearing before the Honorable Judge Koschik in the above-captioned adversary proceeding.

| | **Joint Exhibit** | **Date** | **Exhibit No.[4]** |
|---|---|---|---|
| 75. | Letter from Donald A. Moul, President & CNO, FirstEnergy Solutions Generation Companies via E-mail and U.S. Mail to David Schweizer, Manager, Generation Department, PJM Interconnection, L.L.C. RE: FirstEnergy Nuclear Generation, LLC: Davis-Besse Nuclear Power Station Unit 1, Beaver Valley Power Station Units 1-2, and Perry Nuclear Power Plant Unit 1, Deactivation Notice per Section 113.1 of PJM Open Access Transmission Tariff dated March 28, 2018 | Mar. 28, 2018 | P-G |
| 76. | Letter from Donald A. Moul, President & CNO, FirstEnergy Solutions Generation Companies to Document Control Desk, U.S. Nuclear Regulatory Commission RE: Certification of Permanent Cessation of Power Operations for Beaver Valley Power Station Unit Nos. 1 and 2, Davis-Besse Nuclear Power Station, Unit No. 1, and Perry Nuclear Power Plant, Unit No. 1 dated April 25, 2018 | Apr. 25, 2018 | P-H |
| 77. | Executory PPAs and OVEC ICPA as reference in Kevin Warvell declaration | Various | P-I (Sealed) |
| 78. | Resume of Judah Rose | 2018 | P-K |
| 79. | OVEC Sponsoring Company Market Capitalization Data | May 9, 2018 | P-L |
| | **Defendants' Judicial Notice** | **Date** | **Judicial Notice No.[5]** |
| 80. | Complaint filed in *Ohio Valley Electric Corp. v. FirstEnergy Solutions Corp.*, Docket No. EL18-135 (Mar. 26, 2018) (the "FERC Proceeding") | Mar. 26, 2018 | DJ-1 |
| 81. | *Motion to Intervene of the Dayton Power and Light Company Under EL18-135*, filed in the FERC Proceeding on March 27, 2018 | Mar. 27, 2018 | DJ-2 |
| 82. | *Motion to Intervene of American Electric Power Service Corporation Under EL18-135,* filed in the FERC Proceeding on March 29, 2018 | Mar. 29, 2018 | DJ-3 |

---

[5] All reference herein to "Judicial Notice No." shall be to all documents taken on judicial notice at the May 11, 2018 Preliminary Injunction hearing before the Honorable Judge Koschik in the above-captioned adversary proceeding, as noted in *Memorandum Decision Supporting Order Granting Preliminary Injunction* pg. 4, fn. 2 [Adv. Proc. Docket No. 125].

|     | **Defendants' Judicial Notice** | Date | Judicial Notice No.[5] |
| --- | --- | --- | --- |
| 83. | *Motion to Intervene of Electric Power Supply Association Under EL18-135*, filed in the FERC Proceeding on April 11, 2018 | Apr. 11, 2018 | DJ-4 |
| 84. | *Motion of National Rural Electric Cooperative Association to Intervene in Support of Complainant Ohio Valley Electric Corporation*, filed in the FERC Proceeding on April 16, 2018 | Apr. 16, 2018 | DJ-5 |
| 85. | *Motion to Intervene of the Environmental Law and Policy Center*, filed in the FERC Proceeding on April 16, 2018 | Apr. 16, 2018 | DJ-6 |
| 86. | *Motion to Intervene and Comments in Support of Louisville Gas and Electric Company and Kentucky Utilities Company*, filed in the FERC Proceeding on April 16, 2018 | Apr. 16, 2018 | DJ-7 |
| 87. | *Motion to Intervene of American Municipal Power, Inc. Under EL18-135*, filed in the FERC Proceeding on April 16, 2018 | Apr. 16, 2018 | DJ-8 |
| 88. | *Motions to Intervene of Wolverine Power Supply Cooperative, Inc. and Buckeye Power, Inc. and Joint Comments in Support of Ohio Valley Electric Corporation's Complaint*, filed in the FERC Proceeding on April 16, 2018 | Apr. 16, 2018 | DJ-9 |
| 89. | *Motion to Intervene of EDP Renewables North America LLC Under EL18-135*, filed in the FERC Proceeding on April 19, 2018 | Apr. 19, 2018 | DJ-10 |
| 90. | *Motion to Intervene, Preliminary Comments, and Motion for an Extension of Time to File Comments of Krayn Wind LLC*, filed in the FERC Proceeding on April 26, 2018 | Apr. 26, 2018 | DJ-11 |
| 91. | *Motion to Intervene of Duke Energy Ohio, Inc. Under EL 18-135*, filed in the FERC Proceeding on April 26, 2018 | Apr. 26, 2018 | DJ-12 |
| 92. | *Comments of the Indicated ICPA Sponsors in Support of Complaint*, filed in the FERC Proceeding on April 27, 2018 | Apr. 27, 2018 | DJ-13 |
| 93. | *Motion to Intervene and Protest of the Ad Hoc Group of Bruce Mansfield Certificateholders*, filed in the FERC Proceeding on April 30, 2018 | Apr. 30, 2018 | DJ-14 |
| 94. | *Motion to Intervene of the Office of the Ohio Consumers' Counsel Under EL18-135*, filed in the FERC Proceeding on April 30, 2018 | Apr. 30, 2018 | DJ-15 |
| 95. | *Comments of the Office of the Ohio Consumers' Counsel*, filed in the FERC Proceeding on April 30, 2018 | Apr. 30, 2018 | DJ-16 |

| | **Defendants' Judicial Notice** | Date | Judicial Notice No.[5] |
|---|---|---|---|
| 96. | Consent Decree, dated March 18, 2005 (*United States v. Ohio Edison Co.*, No. 2:99-cv-01181-EAS-TPK (S.D. Ohio), Dkt. No. 429) | Mar. 18, 2005 | DJ-17 |
| 97. | *Declaration of Donald R. Schneider in Support of Chapter 11 Petitions and First Day Motions* [Bankr. Docket No. 55], dated April 1, 2018 | Apr. 1, 2018 | DJ-18 |
| | **Plaintiffs' Judicial Notice** | Date | Judicial Notice No.[6] |
| 98. | Resp. by Boston Generating, LLC, et al. to This Court's November 1, 2010 Order to Show Cause, *In re: Boston Generating, LLC, et al.*, (S.D.N.Y. 2010) (No. 10 Civ. 6528 (DLC)) | Nov. 5, 2010 | AA |
| 99. | Order Terminating Rulemaking Proceeding, Initiating New Proceeding, and Establishing Additional Procedures, 162 F.E.R.C. ¶ 61,012 (2018) | Jan. 8, 2018 | BB |
| 100. | Mot. For Entry of an Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC to Reject Certain Energy Contracts as of the Pet. Date, *In re: FirstEnergy Solutions Corp, et al.*, (N.D. Ohio 2018) (No. 18-50757) | Apr. 1, 2018 | CC |
| 101. | Mot. for Entry of an Order Authorizing FirstEnergy Solutions Corp. and FirstEnergy Generation, LLC to Reject a Certain Multi-Party Intercompany Power Purchase Agreement with the Ohio Valley Electric Corporation as of the Pet. Date, *In re: FirstEnergy Solutions Corp., et al.*, (N.D. Ohio 2018) (No. 18-50757) | Apr. 1, 2018 | DD |
| 102. | Letter from Danielle A. Pham, Trial Attorney, U.S. Department of Justice, Civil Division, Commercial Litigation Branch via E-mail to David Zensky, Esq., Akin Gump Strauss Hauer & Feld LLP RE: Plaintiffs' First Set of Requests for Production of Documents and Requests for Admissions to Defendant Federal Energy Regulatory Commission dated April 23, 2018 | Apr. 23, 2018 | EE |
| 103. | Order to Show Cause, *In re: Boston Generating, LLC et al.*, (S.D. N.Y. 2010) (10 Civ. 6528 (DLC)) | Nov. 1, 2010 | FF |

---

[6] All reference herein to "Judicial Notice No." shall be to all documents taken on judicial notice at the May 11, 2018 Preliminary Injunction hearing before the Honorable Judge Koschik in the above-captioned adversary proceeding, as noted in *Memorandum Decision Supporting Order Granting Preliminary Injunction* pg. 4, fn. 2 [Adv. Proc. Docket No. 125].

11

| | **Plaintiffs' Judicial Notice** | **Date** | **Judicial Notice No.**[6] |
|---|---|---|---|
| 104. | Document Requests Served by Plaintiffs on FERC | Apr. 19, 2018 | GG |
| 105. | Requests to Admit Served by Plaintiffs on FERC | Apr. 19, 2018 | HH |
| 106. | California State Parties' Notice of Withdrawal of Petition as Moot, and Req. to Vacate Interim Guidance Order or, in the Alternative Req. for Rehearing, Clarification and Order to Show Cause, *Cal. Electricity Oversight Bd. et al. v. Calpine Energy Serv. et al.*, 114 F.E.R.C. ¶ 51,003 (2006) (No. EL06-30) | Feb. 2, 2006 | II |
| | **Other** | **Date** | |
| 107. | Ohio Valley Electric Company's Presentation for May 11, 2018 Preliminary Injunction Hearing | May 11, 2018 | |

\* These references to "Docket No." shall be to the docket maintained for the main bankruptcy case captioned *In re FirstEnergy Solutions Corp.*, Case No. 18-50757 (Bankr. N.D. Ohio).

Appellant reserves the right to designate additional items for inclusion in the record and/or restate issues presented on appeal, including without limitations, the right to designate additional items or restate issues, if any relief is granted or denied subsequent to the filing of this designation that affects the Order and/or related documents. For items designated, the designation includes all documents referenced with the particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellant hereby certifies that it is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation on the record.

| Dated: June 14, 2018 | */s/ Mark McKane, P.C.* |
|---|---|

Marc Kieselstein, P.C. (admitted *pro hac vice*)
David R. Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: marc.kieselstein@kirkland.com
　　　　david.seligman@kirkland.com

Mark McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
Kevin K. Chang (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com
　　　　michael.esser@kirkland.com
　　　　kevin.chang@kirkland.com

Megan M. Wold (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
Email: megan.wold@kirkland.com

Matthew Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: matthew.fagen@kirkland.com

*Counsel to Ohio Valley Electric Corporation*

## CERTIFICATE OF SERVICE

I, Mark McKane, certify that on June 14, 2018, a true and correct copy of *Ohio Valley Electric Corporation's Statement Of Issues And Designation Of Items To Be Included In The Record On Appeal From The May 11, 2018 Preliminary Injunction Order* was served via the Court's Electronic Case Filing System on those entities and individuals who are listed on the Court's Electronic Mail Notice List.

>  */s/ Mark McKane, P.C.*
> Mark McKane, P.C.