**<u>Other</u>**

**Ohio Valley Electric Company's Presentation for May 11, 2018 Preliminary Injunction Hearing**

# *FirstEnergy Solutions Corp. v. F.E.R.C.*
# Preliminary Injunction Hearing

**May 11, 2018**

© 2017 Kirkland & Ellis LLP. All rights reserved.

# Agenda

- Overview Of OVEC And The ICPA's Filed Rate

- Rejection Of The ICPA Impacts The Filed Rate

- The Balance Of Harms and Public Interest Weigh Against A Preliminary Injunction

© 2017 Kirkland & Ellis LLP. All rights reserved.

## OVEC Overview

- Investor-owned utility, originally formed in 1952. *See Stipulation of Uncontested Facts* ¶¶ 11, 13.

- Operator of two power plants in Cheshire Ohio and Clifty Creek in Indiana. *Id.*

- 600 current employees, supporting an additional 650 retired employees and spouses through pensions and other benefits. *Id.*

- Sponsored by 13 companies pursuant to Inter-Company Power Agreement ("ICPA"). *Id.* ¶ 19.

- Current iteration of the ICPA was entered into on September 10, 2010, with term set to expire on June 30, 2040. *Id.* ¶ 15, Ex. DX-001.

© 2017 Kirkland & Ellis LLP. All rights reserved.

# FES Is Responsible For 4.85% Of OVEC Costs Through 2040



*Stipulation of Uncontested Facts*, ¶¶ 17, 19; see also D-3, D-4.

© 2017 Kirkland & Ellis LLP. All rights reserved.

## ICPA Obligations Are Several And Not Joint

> 2/16/2018 ex10a.htm
> EX-10.A.9 ex10a.htm INTER-COMPANY POWER AGREEMENT AMONG OVEC AND SPONSORING COMPANIES
> Exhibit 10(a)
>
> **9.11. *Liability*. The rights and obligations of all the parties hereto shall be several and not joint or joint and several.**
>
> AMENDED AND RESTATED
> INTER-COMPANY POWER AGREEMENT
> DATED AS OF SEPTEMBER 10, 2010
> AMONG
>
> OHIO VALLEY ELECTRIC CORPORATION,
> ALLEGHENY ENERGY SUPPLY COMPANY, L.L.C.
> APPALACHIAN POWER COMPANY,
> BUCKEYE POWER GENERATING, LLC,
> COLUMBUS SOUTHERN POWER COMPANY,
> THE DAYTON POWER AND LIGHT COMPANY,
> DUKE ENERGY OHIO, INC.,
> FIRSTENERGY GENERATION CORP.,
> INDIANA MICHIGAN POWER COMPANY,
> KENTUCKY UTILITIES COMPANY,
> LOUISVILLE GAS AND ELECTRIC COMPANY,
> MONONGAHELA POWER COMPANY,
> OHIO POWER COMPANY,
> PENINSULA GENERATION COOPERATIVE, and
> SOUTHERN INDIANA GAS AND ELECTRIC COMPANY

Ex. D-001 at 21

© 2017 Kirkland & Ellis LLP. All rights reserved.

KIRKLAND & ELLIS LLP

## FES Is Responsible For Several Categories of Costs

- FES is responsible for fuel costs and 4.85% of Demand Charges, which include:
    - OVEC debt amortization (D-01 at § 5.03(a));
    - plant operating expenses (*id.* at § 5.03(b));
    - taxes (*id.* at § 5.03(c));
    - employee life and medical insurance, certain postretirement benefits (*id.* at § 5.03(e)); and
    - costs for decommissioning, shutting down, demolishing, and closing power plants at end of ICPA term and restoring facilities to condition necessary to satisfy regulatory requirements (*id.* at § 5.03(f)).

© 2017 Kirkland & Ellis LLP. All rights reserved.

# The ICPA Forbids FES Termination

- The ICPA expressly does not permit any Sponsoring Company to terminate its obligations under the agreement, providing only for the suspension of service even in the event of default.



Ex. D-001 at 24-25

© 2017 Kirkland & Ellis LLP. All rights reserved.

7

KIRKLAND & ELLIS LLP

# The ICPA Applies The *Mobile-Sierra* Standard

> EX-10.A.9 ex10a.htm INTER-COMPANY POWER AGREEMENT AMONG OVEC AND SPONSORING COMPANIES
>
> Exhibit 10(a)
>
> 9.09. *Modification of Agreement.* Absent the agreement of all parties to this Agreement, the standard for changes to provisions of this Agreement related to rates proposed by a party, a non-party or the Federal Energy Regulatory Commission (or a successor agency) acting sua sponte shall be the "public interest" standard of review set forth in *United Gas Pipeline Co. v. Mobile Gas Serv. Corp.,* 350 U.S. 332 (1956) and *Federal Power Comm'n v. Sierra Pacific Power Co.,* 350 U.S. 348 (1956).
>
> OHIO VALLEY ELECTRIC CORPORATION,
> ALLEGHENY ENERGY SUPPLY COMPANY, L.L.C.
> APPALACHIAN POWER COMPANY,
> BUCKEYE POWER GENERATING, LLC,
> COLUMBUS SOUTHERN POWER COMPANY,
> THE DAYTON POWER AND LIGHT COMPANY,
> DUKE ENERGY OHIO, INC.,
> FIRSTENERGY GENERATION CORP.,
> INDIANA MICHIGAN POWER COMPANY,
> KENTUCKY UTILITIES COMPANY,
> LOUISVILLE GAS AND ELECTRIC COMPANY,
> MONONGAHELA POWER COMPANY,
> OHIO POWER COMPANY,
> PENINSULA GENERATION COOPERATIVE, and
> SOUTHERN INDIANA GAS AND ELECTRIC COMPANY

Ex. D-001 at 18

## FERC Accepted The ICPA As A Filed Rate

- OVEC filed the ICPA with FERC on March 23, 2011, which was accepted by letter order dated May 23, 2011. *See* Stipulation ¶ 23.

> 20110523-3028 FERC PDF (Unofficial) 05/23/2011
>
> FEDERAL ENERGY REGULATORY COMMISSION
> WASHINGTON, D.C. 20426
>
> OFFICE OF ENERGY MARKET REGULATION
>
> **Pursuant to authority delegated to the Director, Division of Electric Power Regulation - Central, under 18 C.F.R. 375.307, and consistent with *Central Hudson*,[2] your submittal in Docket No. ER11-3441-000 is accepted for filing, effective May 23, 2011, as requested.** Accordingly, the cancellation filing submitted in Docket No. ER11-3440-000 (cancelling the submittal in Docket No. ER11-3181-000) is hereby accepted, effective May 23, 2011.
>
> Valley Electric Corporation (OVEC), revisions to (1) the Inter-Company Power Agreement among OVEC and the Sponsoring Companies[1] and (2) the Power Agreement between OVEC and its subsidiary, Indiana-Kentucky Electric Corporation (IKEC). On April 27, 2011, in Docket No. ER11-3440-000, you filed to cancel OVEC's March 23, 2011 filing due to its inadvertent use of an incorrect filing type in the eTariff system. Also on April 27, 2011, in Docket No. ER11-3441-000, you re-submitted the two OVEC agreements using the correct filing type. The agreements reflect the extension of the terms of the agreements from March 13, 2026 to June 30, 2040, and make various administrative updates.
>
> [1] Sponsoring Companies consist of: Allegheny Energy Supply Company, LLC, Appalachian Power Company, Buckeye Power Generating, LLC, Columbus Southern Power Company, The Dayton Power and Light Company, Duke Energy Ohio, Inc., FirstEnergy Generation Corp., Indiana Michigan Power Company, Kentucky Utilities Company, Louisville Gas and Electric Company, Monongahela Power Company, Ohio Power Company, Peninsula Generation Cooperative, and Southern Indiana Gas and Electric Company.

Ex. D-002 at 2

© 2017 Kirkland & Ellis LLP. All rights reserved.

9

# Agenda

- Overview Of OVEC And The ICPA's Filed Rate

- Rejection Of The ICPA Impacts The Filed Rate

- The Balance Of Harms and Public Interest Weigh Against A Preliminary Injunction

© 2017 Kirkland & Ellis LLP. All rights reserved.

# Rejection of the ICPA Impacts The Filed Rate



*Stipulation of Uncontested Facts*, ¶ 34

© 2017 Kirkland & Ellis LLP. All rights reserved.

## Rejection of the ICPA Impacts The Filed Rate



Plaintiffs' Exhibit E at 16.

© 2017 Kirkland & Ellis LLP. All rights reserved.

KIRKLAND & ELLIS LLP

# Agenda

- Overview Of OVEC And The ICPA's Filed Rate

- Rejection Of The ICPA Impacts The Filed Rate

- The Balance Of Harms and Public Interest Weigh Against A Preliminary Injunction

© 2017 Kirkland & Ellis LLP. All rights reserved.

13

## The Irreparable Harm Standard

- The Debtors have not and cannot meet their heavy burden of establishing that "certain and immediate" irreparable harm will result if a preliminary injunction does not issue.
    - *Mich. Coal. of Radioactive Mat. Users, Inc. v. Griepentrog*, 945 F.2d 150, 153 (6th Cir. 1991).

- The Sixth Circuit takes into consideration three factors in performing a irreparable harm analysis: "(1) the substantiality of the injury alleged; (2) the likelihood of its occurrence; and (3) the adequacy of the proof provided." *Id.* at 154.

- The harm alleged must occur **in the limited time** before the hearing on the permanent injunction.

© 2017 Kirkland & Ellis LLP. All rights reserved.

# Cooperative Sponsor Members Intervene In FERC Proceeding

- Two of the Sponsoring Companies, Wolverine and Buckeye, are non-profit cooperatives, who have moved to intervene before FERC and assert that their member owners will be exposed to increased costs.

> 20180416-5241 FERC PDF (Unofficial) 4/16/2018 3:56:59 PM
>
> owners. **Thus, unlike many of the other Sponsoring Companies, whose higher costs may (at least initially) be borne by their shareholders, the increased costs resulting from FirstEnergy's rejection of the contract will be borne directly by Wolverine's and Buckeye's distribution cooperative members, who themselves are owned by end-use consumers.** In other words, every dollar avoided
>
> subsidiary, Indiana-Kentucky Electric Corporation (collectively, "OVEC"), in the above-captioned docket.[2] Wolverine and Buckeye respectfully urge the Commission to grant OVEC's requested relief and find that FirstEnergy Solutions Corp.'s ("FirstEnergy") breach of the Inter-Company Power Agreement ("ICPA") is a violation of the filed rate doctrine and contrary to the public interest or, in the alternative, issue a declaratory order finding that the Commission has exclusive jurisdiction over the ICPA.[3]
>
> ---
> [1] 18 C.F.R. §§ 385.212 and 385.214 (2017).
> [2] *Ohio Valley Elec. Corp. v. First Energy Solutions Corp.*, Complaint or, in the Alternative, Request for Declaratory Order, Docket No. EL18-135-000 (filed March 26, 2018) ("OVEC Complaint").
> [3] Although on April 3, 2018, a Judge of the US Bankruptcy Court for the Northern District of Ohio granted a Temporary Restraining Order barring the Commission from attempting to force the debtors to continue performing under several power purchase agreements, including the ICPA, Wolverine and Buckeye understand that this issue

Ex. DJ-009 at 9

© 2017 Kirkland & Ellis LLP. All rights reserved.　　15

## Third Parties Unaffiliated With FES Have Moved To Intervene

- Third parties without a financial interest in the Debtors' chapter 11 cases have moved to intervene in the FERC Proceeding, including the National Rural Electric Cooperative Association, comprised of more than 900 electricity cooperatives, whose member-owners are already being harmed by the ripple effects felt by FES's attempts to reject the ICPA.



Ex. DJ-005 at 7

© 2017 Kirkland & Ellis LLP. All rights reserved.

# The Office Of The Ohio Consumers' Counsel Have Intervened

- The Office of the Ohio Consumers' Counsel, the authorized representative for approximately 4.5 million Ohio residential utility customers, has also moved to intervene in the FERC Proceeding, in which it asserts it has a direct and material interest.



Ex. DJ-016 at 3

© 2017 Kirkland & Ellis LLP. All rights reserved.